CUMBERLAND COUNTY (P.1) LOCATION: PORTLAND
SUPERIOR COURT
CRIMINAL DOCKET NO. _____
STATE OF MAINE NEW FILING
CUMBERLAND COUNTY
U.S. DISTRICT COURT.

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
APR 25 2018
CHRISTA K. BERRY, CLERK
BY _____
DEPUTY CLERK

JAY PARKER LUNT
DRESSER, INDIVIDUAL

AND

MATERIALS RECOVERY
SOLUTIONS,
A PROPRIETORSHIP,
JAY PARKER LUNT DRESSER,
PROP.

V.

MUNICIPAL REVIEW COMMITTEE,
INC,

AND

FIBERIGHT, LLC

AND

COVANTA ENERGY ENERGY,
LLC

MOTION FOR
WRIT OF ERROR,
FOR PERMANENT
INJUNCTIVE RELIEF
RELIEF

AND
STOP WORK ORDER
AT MRC/FIBERIGHT
PLANT CONSTRUCTION
SITE; COLD BROOK
ROAD, HAMPDEN,
MAINE, PENOBSCOT
COUNTY,
INCLUDING RIGHT
OF REDRESS TO
ALL PARTIES, FOR
INJURIES AS
PERMITTED UNDER
THE CONSTITUTION
OF THE STATE OF
MAINE, 2003
AMENDMENT,
ARTICLE I,
SECTION 19.

AND RESERVATION
OF RIGHT TO
TRIAL BY
JURY, ARTICLE
I, SECTION 20,
ON CONTROVERSIES
CONCERNING PROPERTY.

AND,

CONTINUED
ON NEXT PAGE,
#2.

Dresser

v.

MRC and Fiberight,
and Covanta

Cont'd from page 1.
Motion for Writ
of Error;

- Immediate dissolution of Municipal Review Committee, with offices located at U.S. Route 1, Ellsworth, Maine, Hancock County.

- Dismissal of Mr. Gregory Lounder, Exec Director, immediately, upon service of writ by Hancock County Sheriff's Office.

- Same result to all staff members with employee and contractual status

- Dismissal of all MRC Board Members effective immediately

- Plaintiff (Dresser) to assume command of and management of all assets, and begin process of publicly announcing announcing Board vacancies for successor entity should towns and cities of all counties of Maine select this representative arrangement.

(over) p. 3

CAUSE OF ACTION

- STANDING - DRESSER AND MRS- CIRCULATED 16 PAGE ALTERNATIVE BUSINESS MODEL/PLAN TO CITY MANAGERS AND COUNCILORS AT PUBLIC MEETINGS DURING 2016, AT BANGOR, ORONO, OLD TOWN, VEAZIE, HERMON, ELLSWORTH, HOLDEN, DEDHAM, BREWER, WATERVILLE.

IN MARCH OF 2018, MR. DRESSER CALLED A MEETING WITH HAMPDEN TOWN MANAGER AND ASSISTANT, PAULA; FOLLOWING DRESSER'S DIRECT, CONCISE, SIMPLE QUESTIONING ON FIBERIGHT'S INTRODUCTORY PROCESS TO THE HAMPDEN TOWN LEADERS AND COMMUNITY, THE MANAGER CONFESSED IN OUR PRESENCE IN COUNCIL CHAMBERS; "YES, MR. DRESSER, THE TOWN OF HAMPDEN AND I DID NOT EXERCISE DUE DILIGENCE DURING THE INVESTAGORY PROCESS OF KNOWING WHO WE ARE DOING BUSINESS WITH AND THE TECHNOLOGY PROPOSED. I ASKED FOR DOCUMENTATION, BUT NONE REPORTED TO DATE.

ON TO P.4

p. 4

- STANDING   MR. DRESSEN (PLAINTIFF) APPEARED IN U.S. DISTRICT COURT, SANTA ANA, CALIFORNIA ON DECEMBER 11, 2017, 10TH FLOOR, BEFORE HONORABLE JUDGE SELNA, THE CASE WAS CONTINUED TO MARCH 26, 2018 WITHOUT JUDGEMENT, AND REQUEST FOR ADDITIONAL DISCOVERY. BY FREEDOM OF ACCESS LAW, FAME. PROVIDED BACKGROUND INFORMATION.

- PERSONAL INJURY

- NO ENVIRONMENTAL IMPACT STATEMENT FOUND, IN FAME 150 PAGE + MAILING

- DECEMBER 19, 2013 VISIT TO FIBERIGHT PLANT IN VIRGINIA, SEE EXHIBIT 1 - MEMORANDUM. BY - REEVES, LOUNDER, ARONSON. IMPORTANT QUESTION ARISES - WAS FIBERIGHT VISIT 12/19/13, BEFORE NATIONAL RFP PROCESS SOLICITING 33 COMMUNITIES? SUSPICION ARISES FROM THIS READER THAT FIBERIGHT HAD UNFAIR INSIDE TRACK OVER OTHER BIDDERS? DATE OF MEDIA PUBLICATION NATIONALLY VERY IMPORTANT TO INTEGRITY OF DUE PROCESS.

<mark>5.</mark>

- BACKGROUND CHECKS ON ALL FIBERIGHT AND COVANTA EXECUTIVES, INCLUDING PRINCIPAL STOCKHOLDERS OF BOTH CORPORATIONS, NOT IN F.AM.E (FINANCE AUTHORITY OF MAINE HEARING, 122 PAGE REPORT, TO BE SUPPLIED TO COURT IN ADDENDUM DOCUMENT MAILING AS PENOBSCOT COUNTY JAIL PERMITS, OR MY DISCHARGE PERMITS.

- POTENTIAL MIS REPRESENTATION TO MRC-1&2 COMMUNITY — COVANTA COO (NOT AWARE IN PRESS) OR FIBERIGHT COO OF PLANT