CLERK OF COURTS
U.S. DISTRICT COURT
156 FEDERAL ST
PORTLAND, MAINE
— 04101
REi FIBERARTS AND
  COVANTA

DEAR CLERK,

  PLEASE FIND FILING OF MOTION
FOR WRIT.
  KINDLY RETURN COPIES OF
ALL. I WILL BE SUPPLYING ADDI
TIONAL EVIDENCE UNDER SEPERATE
MAILING. SINCE I AM AN INCARCERATED
TYPING WASN'T POSSIBLE, SO PLEASE
FORGIVE ILLEGIBLE DOCS UNTIL
FORMATTED MORE PROFESSIONALLY.
NOT PROOFED, 1ST DRAFT.
  THANKYOU,
  REGARDS

  TAY P. L.,
  DRESSER
  1PRO
  SE

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
FRIDAY, 4:00 PM
2018 APR 25 P 1:07
4/20/18
DEPUTY CLERK

Hammond St
Bangor, ME