[Handwritten annotations: "GLOSSARY OF TERMS (BACK)", "2013 EXHIBIT 1", "Will Barrett", "PPPS", "MIS MUS... ONLY 3 PEOPLE? 7-8 ON BOARD", "2013"]

# MEMORANDUM

**TO:** MRC Board of Directors
**FROM:** Greg Lounder, Executive Director, MRC
George Aronson, Principal, CRMC
**RE:** Report on Trip to Fiberight Facility in Virginia
**DATE:** 19 December 2013

This memorandum describes the trip to the Fiberight MSW processing facility in Lawrenceville, Virginia, which was visited by MRC Board Chair Chip Reeves and MRC executive director Greg Lounder and consultant George Aronson on December 18, 2013. [annotation: "suspicious"]

The Fiberight Facility is a pilot project that was recently upgraded to a demonstration scale in order to demonstrate a process for converting MSW into ethanol and other fuels or chemicals. [annotation: "Inquiry 4b"] At present, the facility accepts about five tons of MSW every two days. The MSW is solicited from local towns or haulers on an on-call basis. The facility includes four components:

1. A dirty MRF for recycling easily recoverable components of incoming MSW.
2. A pulp and wash plant for converting the organic components of incoming MSW into pulp.
3. A chemical plant for converting the pulp into ethanol or other products.
4. An anaerobic digestion plant for converting slurried organics into bio-gas.

## The MRF [annotation: "dirty?"]

When received, the MSW is off-loaded into a bunker (Figure 1), then pushed onto an inclined conveyor that feeds a trommel with a bag-opener and screens with 2.5-inch holes (Figure 2). Materials that pass through the trommel ("overs") are sent to a picking line for removal of large textiles (Figure 3) and other non-processibles, then stockpiled in a bunker near the autoclave. Materials that fall through the holes in the trommel screen ("unders") are sent through a second trommel having 0.75-inch holes. The overs from the second trommel (which do not contain any large textiles) are also sent to the bunker near the autoclave. The unders from the second trommel screen, which consist mostly of dirt, sand and stones, are sent to a landfill.



Figure 1. Bunker for tipped MSW.    Figure 2. Inclined conveyor and trommel.    Figure 3. Recovered textiles

(1) Glossary of Terms and Definitions

- Ethanol

- Trommel

- Dirty MRF

- Pulp & Wash Plant

- Energy Consumption/yr

- US Nursing & [illegible] Plant

- Chemical Plant? (tanks this?)

- RDF?                    Discharges
                          Discharge

- Anaerobic Digestion
- Bio-Gas

- Autoclave

- Ousted by Wilton or Wilton

- Overs and Unders

- Textiles
- It starts at [illegible]
- [illegible] operating [illegible]

- COD? p.4
- Glass? p.4