

**Ensuring affordable, long term, environmentally sound disposal of MSW**

- 395 State Street
- Ellsworth, ME 04605
- www.mrcmaine.org

866-254-3507
207-664-1700 ■ Voice
207-667-2099 ■ Fax
glounder@mrcmaine.org ■ E-mail

DELIVERED VIA EMAIL

February 17, 2017

Christopher H. Roney
Finance Authority of Maine
5 Community Drive
PO Box 949
Augusta, Maine 04332-0949

Dear Mr. Roney:

I write reference the FAME Notice of Public Hearing concerning the pending tax exempt bond application of Fiberight LLC for the issuance of Revenue Obligation Securities. MRC is a non-profit Maine Corporation formed in 1991 with a purpose and mission of ensuring affordable, long term, environmentally sound disposal of MSW for its member communities. MRC's membership is comprised of 187 communities that are in existing Partnership to deliver MSW to the PERC waste-to-energy facility. This Partnership terminates March 31, 2018.

MRC plans to attend the public hearing on February 20, 2017 to speak in support of Fiberight's pending application. We would very much appreciate the opportunity to be recognized to speak. MRC will also provide written comments for the record.

Thank you for your consideration.

Sincerely,

Gregory A. Lounder
Executive Director