EXHIBIT

3

# MUNICIPAL REVIEW COMMITTEE, INC.

## ANNUAL MEETING

The Annual Meeting of the Members and Board of Directors of Municipal Review Committee, Inc. was held on Wednesday, December 14, 2016 at 3:00 p.m. at the Cross Insurance Center in Bangor, Maine. In addition to a number of members from the charter municipalities of the Municipal Review Committee ("MRC"), in attendance were the following:

**Directors:**

Sophie Wilson, Orono
Elery Keene, Winslow
James Guerra, Mid-coast Solid Waste Corp.
Ken Fletcher, Winslow
Catherine Conlow, Bangor
Chip Reeves, Bar Harbor
Tony Smith, Town of Mount Desert
Karen Fussell, City of Brewer
Mike Roy, City of Waterville

**Consultants:**

Greg Lounder, MRC Executive Director
Dan McKay, Esq., Eaton Peabody
George Aronson, CRMC
Denis St. Peter – CES, Inc.

**Guests:**

Craig Stuart-Paul, Fiberight
Steve Davey, Fiberight
Hank Lang, PERC
Gary Stacey, PERC
Vic Horton, MRRA

Jen Baroletti kept the minutes of the meeting and President Chip Reeves presided.

President Reeves welcomed the membership to the Annual Meeting, noting that it has been a formative year for the MRC and that he is proud of the significant progress in

{EP - 03329196 - v4 }