| | | |
|---|---|---|
| MUNICIPAL REVIEW COMMITTEE, INC. AND FIBERIGHT, LLC HAMPDEN, PENOBSCOT COUNTY, MAINE SOLID WASTE PROCESSING FACILITY #S-022458-WK-A-N (APPROVAL WITH CONDITIONS) | ) ) ) ) ) ) | SOLID WASTE LICENSE<br><br>NEW LICENSE |

Current cost estimates for portions of the development project for which the MRC has conditionally committed funding to have been provided including land acquisition, road and stormwater facilities, water and sewer utilities, natural gas utilities, and electric and telecom utilities. The total project cost estimate which the MRC has committed to funding is $4,230,000. The MRC will self-finance its share of the funding for the proposed project. The source of funds will be via a *Tip Fee Stabilization Fund* ("Fund"), which maintained a balance as of March 31, 2015 of $22,220,628. The MRC submitted a copy of a bank statement showing the Fund balance and a copy of its latest available audited financial statements. The MRC has committed to set aside up to $5,000,000 from the Fund to finance the land acquisition and infrastructure activities. No bonding or borrowing capacity is needed for the MRC to meet its financial commitment to the proposed project.

B.  Fiberight:  Current cost estimates for portions of the development project for which Fiberight will be responsible for include site development, foundations, concrete and building construction, machinery and equipment, steel, mechanical and electrical installation, and engineering, permits and project management. Total estimated capital costs for which Fiberight is responsible for is $66,976,786. Fiberight will also be responsible for the following estimated expenditures: annual operational costs, annual maintenance costs, and facility closure costs for a total cost of $12,700,000.

Pursuant to 06-096 C.M.R. ch. 400, § 4(B)(2)(b)(i)(b), Fiberight has provided a letter of "Intent to Fund", dated December 18, 2015, from Covanta Energy, LLC ("Covanta") stating that Covanta is engaged with Fiberight to support the development, financing, construction and operation of the proposed processing facility. Covanta conducted a review of financial projections relating to the project and executed a term sheet for a long-term strategic partnership with Fiberight. Covanta has reviewed the estimated budget for the proposed project, totaling approximately $67 million, and confirmed their interest in supporting Fiberight with project finance in the form of an equity investment in the proposed processing facility.

Covanta's letter is not intended to be a binding commitment to provide financing. A binding financial commitment is subject to successful completion of due diligence activities; including, but not limited to, the proposed project receiving relevant Federal, State and local permits, and Fiberight entering into acceptable waste supply agreements with the MRC and its charter municipalities. Covanta's role in the proposed processing facility will be as an investor and operator. Covanta has supplied adequate evidence of its ability to fund the construction and operation of the proposed processing facility; however, the ultimate level of

| | | |
|---|---|---|
| MUNICIPAL REVIEW COMMITTEE, INC. AND | ) | SOLID WASTE |
| FIBERIGHT, LLC | ) | LICENSE |
| HAMPDEN, PENOBSCOT COUNTY, MAINE | ) | |
| SOLID WASTE PROCESSING FACILITY | ) | |
| #S-022458-WK-A-N | ) | |
| (APPROVAL WITH CONDITIONS) | ) | NEW LICENSE |

    investment is still under consideration by Covanta. The intent is for Fiberight and Covanta to be joint investors in the proposed project.

 C. <u>Other:</u> Letters of "Intent to Fund" were also provided by DTE Energy (dated June 11, 2015) and Argonaut Private Equity (dated June 17, 2015). In the event that either DTE Energy or Argonaut Private Equity is utilized for funding, their involvement with the proposed project will be in the form of project financing only, acting as a financial institution.

Once permits are issued, and prior to project construction, final evidence of the specified and sufficient amount of funds for each party will be provided to the Department in accordance with 06-096 C.M.R. ch. 400, § 4(B)(2)(b)(i)(a).

The Department finds that the MRC and Fiberight have submitted adequate evidence of financial capacity to design, construct, operate, maintain and close the proposed processing facility in a manner consistent with state environmental regulations; provided that, the MRC and Fiberight submit, within 30 days of receipt and prior to beginning construction of the proposed processing facility, exclusive of the access road that is funded solely by the MRC, to the Department for review and approval the finalized financial documents for the construction and operation of the proposed processing facility.

7. TECHNICAL ABILITY

The MRC and Fiberight have retained several consultants to support the design, construction, operation, maintenance and closure of the proposed processing facility.

 A. <u>MRC:</u> The MRC manages the affairs and concerns of their current 187 municipal members. The member-led MRC has successfully managed the current 30-year contract with the Penobscot Energy Recovery Corporation ("PERC") waste-to-energy facility, located in Orrington, Maine, since 1991. The MRC, on behalf of the Equity Charter Municipalities, purchased and manages a 23% ownership interest in the PERC facility. As part of this function, the MRC conducts the following: monitors the PERC facility's performance, reviews and votes on the facility's annual operating budget and decisions to invest in capital and major maintenance projects, and oversees actions taken and investments made to the PERC facility to ensure that potential environmental impacts are avoided and mitigated appropriately.

 B. <u>Fiberight:</u> Fiberight will be responsible for daily operations of the proposed processing facility. Fiberight has demonstrated the technical ability to operate a similar, smaller scale MSW processing demonstration facility located in

| | | |
|---|---|---|
| MUNICIPAL REVIEW COMMITTEE, INC. AND FIBERIGHT, LLC HAMPDEN, PENOBSCOT COUNTY, MAINE SOLID WASTE PROCESSING FACILITY #S-022458-WK-A-N (APPROVAL WITH CONDITIONS) | ) ) ) ) ) ) ) | SOLID WASTE LICENSE<br><br>NEW LICENSE |

H.  Covanta: Covanta has their corporate headquarters in Morristown, New Jersey and places of business in West Enfield and Jonesboro, Maine. Covanta has more than 30 years of experience converting MSW into clean renewable energy, recycling metals and other commodities, and helping communities meet their goals for environmental stewardship and sustainability. Covanta will support the development, financing, construction, operation, and maintenance of the proposed processing facility. Covanta's role in the proposed processing facility will be investor and operator.

The Department finds that the MRC and Fiberight and their retained consultants have provided adequate evidence of technical ability to design, construct, operate, maintain and close the proposed processing facility in a manner consistent with state environmental regulations; provided that, the MRC and Fiberight submit to the Department for review and approval specific professional qualifications for personnel who will be responsible for operations at least 30 days prior to commencing pre-commissioning operations of the proposed processing facility.

8.  DISCLOSURE OF CRIMINAL OR CIVIL RECORD

The MRC, Fiberight and Covanta have filed complete civil and criminal disclosure statements in accordance with 06-096 C.M.R. ch. 400, § 12(A).

A.  MRC: The MRC is a non-profit corporation formed in 1991 pursuant to State of Maine law whose managerial and executive authority rests with the MRC officers and directors. No officer or director holds any equity or debt in the business entity. The MRC will not have managerial or executive authority over the proposed processing facility. The MRC's officers and directors do not hold more than a 5% equity interest in any company that collects, transports, treats, stores, or disposes of solid or hazardous wastes and do not have any criminal convictions (except for one director who had a misdemeanor criminal conviction in 1991) or civil violations of environmental laws or rules administered by the State, other states, the United States, or another country in the last 5 years. Additionally, the MRC officers and directors have not entered into any administrative agreements or consent decrees or had administrative orders directed at them for violations of environmental laws administered by the Department, the State, other states, the United States, or another country in the last 5 years.

B.  Fiberight: Fiberight is a Delaware limited liability company with a main office in Baltimore, Maryland. Managerial and executive authority rests with the Fiberight officers and directors. No officer or director holds any equity or debt in the business entity. Fiberight's officers and directors do not hold more than a 5% equity interest in any company that collects, transports, treats, stores, or disposes

| | | |
|---|---|---|
| MUNICIPAL REVIEW COMMITTEE, INC. AND<br>FIBERIGHT, LLC<br>HAMPDEN, PENOBSCOT COUNTY, MAINE<br>SOLID WASTE PROCESSING FACILITY<br>#S-022458-WK-A-N<br>(APPROVAL WITH CONDITIONS) | 10<br>)<br>)<br>)<br>)<br>) | SOLID WASTE<br>LICENSE<br><br><br><br>NEW LICENSE |

Lawrenceville, Virginia. The Fiberight team associated with the proposed processing facility is the same team responsible for the design and operation of Fiberight's demonstration facility in Virginia. Fiberight has submitted the résumés of those individuals responsible for the demonstration facility's design, construction and operation.

C. <u>CES, Inc:</u> CES, Inc. (CES) is an environmental consulting firm, with its headquarters located in Brewer, Maine, with experience in preparing applications for submittal to the Department. CES provided personnel to assist with permit application preparation, site investigation and site design for the proposed project. CES has also been retained by the MRC and Fiberight to provide on-going environmental compliance assistance when needed.

D. <u>S.W. Cole Engineering, Inc:</u> S.W. Cole Engineering, Inc. ("SW Cole") is an engineering firm with offices in Maine, New Hampshire and Vermont that provides construction materials testing and geotechnical services. SW Cole conducted sub-surface explorations to address soil suitability of the proposed project site and provided geotechnical engineering services pertaining to the construction of the foundation for the proposed processing facility building and associated structures.

E. <u>Amec Foster Wheeler:</u> Amec Foster Wheeler ("AMECFW") is a British multinational consulting, engineering and product management company with its global headquarters in London, England and branch offices worldwide and in the United States, including Portland, Maine. AMECFW has been retained to provide construction management services including contract scoping and preparation of contract packages, construction scheduling, project cost control, risk identification and management, quality assurance, contractor and construction site monitoring and on-site safety monitoring.

F. <u>CommonWealth Resource Management Corporation:</u> CommonWealth Resource Management Corporation (CRMC) is a management and environmental consulting firm focusing on issues and opportunities related to resource conservation, recovery and utilization. CRMC has been retained for general assistance relating to the design, construction, operation and maintenance of the proposed processing facility.

G. <u>University of Maine:</u> The University of Maine (UMaine) is a public research university with a focus on undergraduate and graduate research throughout Maine and around the world. UMaine Chemical Engineering professors have been retained to perform a peer review of the technological processes associated with the proposed processing facility.