Jay Parker Lunt Dresser
D/B/A Materials Recovery Solutions
Penobscot County Jail Offices
85 Hammond Street
Bangor, Maine
04401

Clerk of Courts
United States District Court
USMS ME
56 Federal Street
#329
Portland, Maine
04101

Receipt Confirmation
~~Requested~~
Requested

0410134154 C023

