ADDENDUM TO
4/25/18
COMPLAINT
DRESSER v. MUNICIPAL REVIEW COMMITTEE, INC., ET AL

AS A CITIZEN, BUSINESSMAN IN THIS PORT OF ITS FAMILY ET AL VICINITARE, I AM VERY UPSET WITH THE

- CONSISTANT MODE OF VAGUE TERMINOLOGY, AND SECRECY AND NON-DISCLOSURE. LARGE AMOUNTS OF TESTIMONY NOT SUBSTANTIATED BY FACTUAL DATA CITED IN ORIGINAL CLAIM OF 4/25/18 WITH ADDITIONAL EVIDENCE HEREIN. PLAINTIFF ENCOURAGES TRANSFER OF RECORDS FROM U.S. DISTRICT COURT, SANTA ANA, CALIF., CASE ITEMS 12/11/17.; HONORABLE JUDGE SELMA PRESIDING. PLAINTIFF INCARCERATED TEN 3/20/18, FOR MOST PART HAS NOT SEEN U.S. MAIL SINCE; WITH EXCEPTION OF F.A.M.E. DISCLOSURE — 150+ PAGES — REQUESTED BY PLAINTIFF BY U.S. FREEDOM OF ACCESS LAW. ANNOUNCE/EXCLUSIVELY

USED BY CONGRESSIONAL LEADERS/AP AND ONE NEWS REPORTER

PLAINTIFF FILES DEFENDANTS GUILTY OF ASKING MINIMUM TO BREAK LAWS W/O DIFFERENCE TO THE ASKERS. (2) COUNTS OF NEGLIGENCE — 1) FOR NON-DISCLOSURE, AND 2) IMPUTED CONTRIBUTORY NEGLIGENCE (BOTH DEFINED IN BLACK'S LAW DICTIONARY, 10TH EDITION, P. 1215 AND P. 1137) CITATIONS IN MATERIALS OF FAME 1ST REVIEW REF. T.

- DEP CHOSE NOT TO HAVE PUBLIC MEETINGS PENDING ITS LICENSE WITH CMBS. SWORN (SEE

X DEP HAS AUTHOR FAILS TO (17) CONCLUSION U.S. IN DATA 1/7/18 BEGIN P. 29 32.

- NO EVIDENCE OF ENVIRONMENTAL IMPACT STATEMENT, A REQUIREMENT OF LARGE PUBLIC PROJECTS BY NATIONAL ENVIRONMENTAL POLICY ACT 42 US CA SS AND 4332 (2)(C) A FEDERAL AGENCY.

CITATIONS AT HEARING KEENAN OF STEP MISSING DEP C MIXES RED AND DOES NOT UP FRONT

- NO AIR EMISSIONS APPROVAL EVIDENT IN F.A.M.E. DATA.           ASSUMPTIONS
- IS NO TRANSPORTATION TO DEER YARDS. PLANT NOT CONO. JUS 1/7/18 HUGE ABSURD CONCLUSIONS

ADDENDUM TO CLAIM
CONTINUED

- OBSTRUCTION - MR GREG LOUNDER, CEO OF MRC SERVED 1/R NO TRESPASS ORDER ON DRESSER, 2017 (E) BAR STOPPING BY MRC OFFICE IMPROMPTU, A GOODWILL VISIT AND INFORMATION GATHERING - NEITHER HAPPENED. MR. LOUNDER WAS NOT IN, PER A WOMAN SITTING AT DESK, NO NAMES WERE EXCHANGED, NOR INTRODUCTIONS. I WAS INSIDE BUILDING, AT COMMON AREA, LESS THAN 60 SECONDS. (2) DAYS LATER POLICE SERVED NO TRESPASS; PRE-CEDED BY UP TO 12 MONTHS OF @TUNE CALLS TO MRC FOR GREG ANSWERED BY NON-EMPLOYEE; AN ESTIMATED 15 CALLS OVER THAT SPAN, AND (1) AT MOST RETURNED, ACCOMPANIED BY INDIFFERENCE BY LOUNDER AT MANY PUBLIC MEETINGS - HERMON, ORONO, BANGOR, ELLSWORTH. I PAID CAB DRIVER $75 PERSONALLY FOR RIDE TO BANGOR HOME, AFTER ELLSWORTH CITY COUNCIL MEETING, WHERE I SPOKE AT PODIUM AND FULL HOUSE, PROVIDING MY 16 PAGE BUSINESS PLAN FOR CENTRAL & EASTERN MAINE. BANGOR, HERMON, ORONO, HOLDEN, DEDHAM OFFICIALS ALSO HAVE COPY. ALL ARE EVIDENCE OF MY STANDING.

- DEFINITION OF ENVIRONMENT BY BLACK'S LAW DICTIONARY - "A NATURAL WORLD IN WHICH LIVING THINGS DWELL AND GROW."

- DEP COMPLIANCE FOLLOWED PRIOR TO GROUNDBREAKING? NEED FREVA RUOSIGE

(P. 4)

ADDENDUM
CONT'D

Now that MRC/Fiberight are publicly exposed (2-BDN pieces/April 18), regarding the now forseen anticipated long delay for the waste-to-energy plant, currently under construction, beginning July/2018, estimates for the delay's cost to residents of Eastern and Central Maine have yet to be disclosed, and may not be calculated as of yet. Both organizations promised an April 1, 2018 operational date. Both, and the D.E.P. are looking at 12/31/18 now, or longer. The plan is to truck waste to Old Town and Norridgewock, from Bar Harbor, Wiscasset, and places in between. In its conditional approval of the project, MDEP requires a minimum of 10 tests, incl- air and water. I do not see a reference to a commissioning of an environmental impact statement, typically required on any large public project — low-to million. This one. MRC educated the public that this project had to move quickly 2015-2016-2017, as PERC would shutter its doors 4/1/18, at the expiration of the waste-to-electricity/power contract dated of 4/1/18. PERC is still operating but on lower tonnage (BDN article 4/19/18 enclosed).

5. ADDENDUM CLAIM

I ENCOURAGE DELIBERATE, MORE UNFAMILIAR TO SOUTHERN MAINE, BUT YET SWIFT DECISIVE ACTION THE STOP THE SPICKET OF GOOD MONEY AFTER BAD MONEY, UNTIL ENTIRE STAFF, MRC CEO MR LOUNDER IS COURT ORDERED TO STEP ASIDE, ALL BOARD MEMBERS DISMISSED AS WELL, AND MRC DISSOLVED.

CONCURRENTLY, AND AT THE COURTS DIRECTION, THE 182 TOWN/CITY FORMER MRC TERRITORY OF CENTRAL AND EASTERN MAINE LIST AVAILABLE FROM MRC, INCLUDING THE (E) $25,000,000 CASH) IN CHARTER AND NON CHARTER EQUITY POSITIONS THE TOWNS "HAVE" IN MRC. THE CITY OF BANGOR "OWNED", BUT MRC "CONTROLLED", APPROX $5,000,000 @ 2017 BUT PORTION WAS USED TO PURCHASE HAMPDEN SITE AND SITE IMPROVEMENTS.

(2) BOARD MEMBERS; CATHY CONLOW, CITY MGR BANGOR AND SOPHIE WILSON, TOWN MANAGER ORONO. SIT ON MRC-BOARD - I HAVE MORE THAN ONCE, PUBLICLY PUBLICLY SPOKEN OF THE NOT ONLY POTENTIAL CONFLICT, BUT THE ACTUAL CONFLICT I HAVE EXPERIENCED PERSONALLY AND PROFESSIONALLY. JUST RECENTLY I CALLED FOR A TERMINATION OF EMPLOYMENT MEETING WITH HER AND NORM HEITMANN, CITY SOLICITOR, ON ANOTHER WITH MS. CONLOW AND CITY ENGINEER JOHN THERIAULT. MS. WILSON, HAS USED POLICE OFFICERS TO INTIMIDATE ME AS HAS MS. CONLOW, INCLUDING THE CITIES

6.

ADDENDUM - CLAIM

WITH THE INTENT TO DISGRACE, WHICH OTHER COMMUNITY LEADERS HAVE SUCCESSFULLY DONE - CAMDEN NATIONAL BANK, BANGOR SAVINGS BANK, EMMC/EMHS -- MR. GREGORY DUFOUR (FORMER COLLEAGUE AT FLEET BANK OF MAINE, EXCHANGE ST, AVE, COMMERCIAL LENDER/BUSINESS DEVELOPMENT, GREG, WEALTH MGT - 3RD FLOOR, 1990-1991, etc. FORMER MERRILL TRUST CO. CEO - MR. WILLIAM BULLOCK OF ORRINGTON, AND MR. TIMOTHY HEALY, TREASURER, OF ROCKLAND (EMPLOYMENT) CAMDEN, RESIDENCE, BOTH OFFERED ME A CO-TREASURER SEAT WITH THEM IN THE NEW, EVOLVING FLEET BANK OF MAINE. A VERY DIFFICULT DECISION, BUT I CHOSE TO OFFER MY SKILLS AS A LENDER ALONG WITH MR. SCOTT JOHNSON, SVP, OVERSEER OF $202,000,000 IN ASSETS, AND MR. ROBERT BASSETT, JOE LACHANCE, ROBERT MC QUOID, CATHY MAKSIMIC, SUSAN RUSH, WILLIAM LUCY, AND ARTHUR COMSTOCK (SADLY ARTHUR, JOE, AND BOB MCQUOID HAVE PASSED). I HAD A VERY ENJOYABLE VISIT WITH ARTHUR'S WIDOW, BETTY COMSTOCK, AT HER HOME IN ORONO, IN MARCH. I CALLED ON ARTHUR IN 1981, WHEN HE WAS PRESIDENT OF NORTHEAST BANK IN MILLINOCKET. I WAS A NEW BANKER IN TOWN, AS MANAGER OF MERRILL. OUR HOME ON 34 NEW JERSEY ST WAS OUR CHILD'S

7.

ADDENDUM
CLAIM

FIRST,

MY GOALS AT AGE 63 IS TO, VOCATIONALLY, CREATE A TRIAL WORK PERIOD, GAINFULLY THAT IS WITH S.S.D.I. I AM FULLY RECOVERED MENTALLY FROM A SEVERE DEPRESSION FOLLOWING A LOSS OF OUR-ALLEE, BUSINESS, MAIN ST CONNECTION, FORMER GRASS HOPPER SHOP OF BELFAST, AND HOMES, IN BELFAST. I WAS EMPLOYED AT B@ALTON BIORESERVES, MOORESTOWN FIELD CLUB, WITH BUTCH SCHMEIL, PRO, AND RANCOCAS R.C. UNTIL RETURNING TO MAINE, LEAVING MY FAMILY IN N.J. IN IN 1996. I RETABBED MY WAY TO FULL RECOVERY BY VOLUNTEERING AT BANGOR PUBLIC LIBRARY UNDER BARBARA MCCANDE; ST JOSS HOSP - UNDER SISTER MARY JUHAN, AND EMMC GIFT SHOP (9 YRS - 4 VOLNTRS) UNDER THE COMPASSIONATE LINDA BROWN.

I HAVE ASSEMBLED AND LED A GROUP OF 7 (2 PROFESSIONALS, 4 STUDENTS) CUA/UMAINE
2
ON AN EXPERIMENT TO RE-INTRODUCE GLASS REFILLABLE BEER BOTTLES TO NO. NEW ENGLAND BREWERS (ME, NH, MA, AND VT.) IN THE ABTRDONIAL, FOLLOWING (2) MAJOR TRENDS, (RE)FILLABILITY, AND NON-STANDARDIZATION OF BOTTLES LIKE NEW BRUNSWICK, CANADA (SEE STATE PLANNING OFF. GEORGE MACDONALD'S OF 2006 ST JOHN/MOOSEHEAD BREWERY VISIT TO MR. BILL GALLAGHER, LED BY ME.

MY PHYSICAL HEALTH IS GOOD TO - WALK AND RIDE BIKE.

f. CLAIM ADDENDUM

MR STANLEY DEVINO, LONG TIME DEAN OF BUSINESS AT UMAINE-ORONO — WROTE, WHICH I STILL HAVE, "JAY IS LOYAL, HONEST, AND HARD WORKING" - © 1980 - AS I CONSIDERED A PUBLIC SERVANT CAREER.

IN MY NOW WISDOM-RICH YEARS, I WANT TO LEAD LOCAL, STATE, REGIONAL, NATIONAL, AND INTERNATIONAL POLICY FOR WASTE MANAGEMENT A DERIVATIVE OF OUR PLANET-WIDE INDUSTRY CREATING AN ANNUAL $107-TRILLION GNP, WITH AN IMMORAL -(E) 90,000,000,000 TRILLION WASTES/YEAR UNDER A PLANNED - OBSOLESCENCE ECONOMY (ECONOMY) LED BY A CARTEL-LIKE GROUP OF 40,000 FOOD RETAILERS NO AMERICA ALONE, CHEMISTS, MINERS (RAW MATERIALS) OIL, BAUXITE, SILICA SAND, (MANU- (PLASTICS) ALUMI (GLASS) FARMERS, AND ORGANIZED CRIME — FROM SICILY, TO U.S., EUROPE, ASIA, S@. AMERICA. BLACK'S LAW DICTIONARY, 10 TH ED, CONFIRMS (MAFIA-ORGANIZED CRIME - LA JA NOSTRA - TO, ITALY AND U.S.) I HAVE A LETTER WRITTEN, BUT NOT MAILED TO THE GAMBINO FAMILY AND A CALL TO MAKE TO WASHINGTONS ITALIAN EMBASSY FOR A MEETING WITH THE LEADER(S)?, FACE-TO-FACE. UNDER/AFTER MR. GEORGE PARMENTER'S (OUR SUSTAINABILITY AT HARVARD (SCARBOROUGH) MANY YEARS AGO) I WROTE TO FMI (FOOD MARKETING INSTITUTE OF ALEXANDRIA, VA. IN 2017, UNANSWERED) - LIASON TO FOOD RETAILERS - KROGER, PUBLIX,

(9.) ADDENDUM - CLAIM

SUPER-VALU-SHAW'S, DELHAIZE - H.(FOOD)
2008 ISH - ANDY HAMILTON OF EATON PEABODY
AND I LED HIGH LEVEL TALKS
WITH WAL-MART- H.Q. IN
BENTONVILLE, AR... TUNED
BY MS. PRISCILLA HAYES OF
RUTGERS - NEW BRUNSWICK,
I HAVE STUDIED ACADEMICALLY, POST UNDER-
GRAD, AT PRINCETON UNIV W/ THE
WELCOMING DR. CLINTON J. ANDREWS,
NOW AT THE EDWARD J.
BLOUSTEIN SCHOOL OF ~~PUBLIC~~
URBAN PLANNING AT RUTGERS, N.J.,
MR GEORGE CRINER, ECONOMICS - UMAINE.
AND MANY HOURS WITH THE SUSTAINABLE
PACKAGING COALITION OF CHARLOTTESVILLE, VA,
AND THE MICHIGAN STATE UNIV SCHOOL
OF PACKAGING - MR. RAPHAEL AURAS, AUS
EIGHT STAFF LEADERS.

I WILL TRAVEL N SICILY,
CALIFORNIA IMMEDIATELY, ONCE FUNDED
AND BUDGETED TO BRING LESSONS TO
THE TABLE IN SWITZ. - GENEVA, ~~~~
AT THE WORLD BUSINESS ORG. ON
SUSTAINABILITY - WBOG (?) NEW TO ME -
OR AT U.N. - NYC - NIKKI HALEY -
I AM A UNA. MEMBER.

FROM BLACK'S LAW DICT -

2 HATS

(1) AMBASSADOR P
  W/ OVERSIGHT OF ALL EPA's (DEP's)
  WORLDWIDE VERY MUCH
  APPEALS TO ME, AND I AM
  CAPABLE OF AND SKILLFUL AT.
(2) IMMEDIATELY - LEAD, AND EXECUTE
  A SUCCESSFUL SOLID WASTE
  PROGRAM AN ENTIRE STATE OF
  MAINE ( NOT JUST EAST/CENTRAL
                              MAINE )

(10.) ADDENDUM CLAIM

3.) HEAD U.S. EPA

4.) HEAD MAINE D.E.P.

5.) FULLY INTEND TO FORM A CONSULTING FIRM — FUND IT — CARRY ON ADVOCACY, RESEARCH — ENV., BANKING, EDUCATION, HUMAN CONDITIONS — POVERTY, CORRECTIONS, ADDICTIONS — & WITH <u>ACTION</u> LEADERSHIP TO DRUG CARTELS, ORGANIZED CRIME — ALL CO-INHABITANTS OF THIS FRAGILE ECO-SYSTEM WE DEPEND ON FOR SUSTENANCE... FOR THE HAVES AND HAVE NOTS — <u>TOILETS</u> WE ALL <u>HAVE</u>. WITH <u>MODERATION</u> FOR THE ELITE (1 HOME VERSUS 5) 1 DINGY OR KAYAK V. 5 YACHTS) EQUAL EDUCATION OPP. FOR ALL, POPULATION PLAN FOR ALL COUNTRIES, NOT JUST CHINA — B. BIRTH CONTROL ED-UCATION, FAMILY PLANNING.

V

IN A WORD "HOPE" FOR ALL THE NATURAL WORLD — THE CHICKADEE, TO ALL ETHNIC, GENDER HUMANS, TO BOTANICAL LIFE. ALOT OF WORK TO DO — BUT IT'S SIMPLE — LET'S TALK TO EACH OTHER

<u>END!</u>

(11)

RESERVE RIGHT OF REDRESS AND REMEDIATION AS PROPOSED BY FROM ALL PARTIES, STATE OF MAINE CONSTITUTION. (ARTICLE 1, SECTION 19.)

MINIMUM $2,000 CASH FOR EXPENSES — INCLUDING TRIP TO CALIFORNIA AND BACK — FLIGHT, LODGING, MEALS, PRINT SHOP COSTS, MAILINGS, ATTORNEY, MISSED OPPORTUNITY COSTS.