Report to the Joint Standing Committee on Environment
and Natural Resources
126th Legislature, Second Session

*(handwritten annotations: "2016", "2014 STATE PLAN (1)")*

# Maine Materials Management Plan

## 2014 State Waste Management and Recycling Plan Update
## &
## 2012 Waste Generation and Disposal Capacity Report

### January 2014

Contact: Melanie Loyzim, Director
Bureau of Remediation and Waste Management
Phone: 287-7890





MAINE DEPARTMENT OF ENVIRONMENTAL PROTECTION
17 State House Station | Augusta, Maine 04333-0017
www.maine.gov/dep

# Table of Contents

I. Executive Summary ................................................................................................................ 2

II. Vision and Purpose ................................................................................................................ 3

III. Solid Waste Generation and Characterization ....................................................................... 5

IV. Managing Maine's Solid Waste – Progress toward State Goals ............................................ 6

   A. Maine's Municipal Solid Waste Reduction Goal ................................................................ 7

   B. Maine's Municipal Solid Waste Recycling Rate ................................................................. 8

   C. Additional Waste Diversion ............................................................................................. 10

V. Plan for State Action to Move toward Sustainable Materials Management – 2014 - 2018 ......... 11

   A. Strategies and Actions to Promote Organics Management and New Technologies ...... 11

   B. Strategies and Actions to Increase Beneficial Use and Recycling ................................... 12

   C. Strategies and Actions to Support Municipalities and Businesses ................................. 12

   D. Strategies and Actions to Provide Reliable Data to Support Sustainable Materials Management 13

VI. Conclusion ........................................................................................................................... 13

Appendices ................................................................................................................................ 14


Appendix A – 5-Year Plan Advisory Committee ........................................................................ 15
Appendix B - Glossary of Terms ................................................................................................ 16
Appendix C - Current Management of Maine's Solid Waste by Type ...................................... 18
Appendix D - Waste Conversion Technologies ......................................................................... 22

Appendix E - Maine Solid Waste Disposal Capacity and Current Use ...................................... 25
Appendix F - Municipal Solid Waste Management Costs ......................................................... 28
Appendix G - Consolidation of ownership in the disposal, collection, recycling & hauling of solid waste. 32