

**ENSURING AFFORDABLE, LONG TERM, ENVIRONMENTALLY SOUND DISPOSAL OF MSW**

www.MRCMaine.org

### The MRC Plan For 2018

The building of a next-generation materials recovery and conversion facility, with recovery of recyclables and conversion of organics to biomethane, in-house power and heating needs and other high-value products. This will help us increase recycling, decrease the volume of disposal and save time, travel and money with a single facility to serve our processing needs.

**Who's Involved:**
**MRC** - Advocacy & Oversight
**Fiberight** - Innovative Technology Partner
**Covanta** - Strong Financial & Technical Backing

**Where Will It Be Built:**
Hampden, ME.

### Evaluating The Options

|  | MRC/Fiberight | PERC Plan |
|---|---|---|
| **Tipping Fees** | $70/ton | $84.36/ton |
| **Fee Adjustments** | Annually (by CPI) | Quarterly (by CPI) |
| **Rate Guarantee** | Yes - In Writing | No |
| **Rebates/Revenue Sharing** | Yes - In Writing | No |
| **Organics Program Cost** | Yes - Included | No - Billed Extra |
| **Out-Of-State Waste** | Not Allowed | Allowed |
| **MRC Oversight** | Yes | No |
| **MRRA* Endorsed** | Yes | No |

*Maine Resource Recovery Association

### Community Benefits Of MRC's Recommended Solution

- Predictable cost and budgeting formula
- One-stop location for municipal solid waste (MSW), organics & single-stream recyclables
- No change required to current trash and/or recycling programs
- Communities joining before deadline share in facility revenue
- Plan does not rely on or allow out-of-state waste
- Organics program does not require households to sort separately from trash and recycling

### Project Timeline

- **Spring 2016:** Communities sign joinder agreements before deadline
- **Summer 2016:** Land purchased, roads & utilities construction begins
- **Fall 2016:** Site work and facility construction begins
- **April 1, 2018:** Facility ready to receive MSW

### QUESTIONS?

Please contact: **Greg Lounder**, Executive Director
Phone: 207-664-1700
Email: glounder@mrcmaine.org