| MUNICIPAL REVIEW COMMITTEE, INC. AND | 33 | SOLID WASTE |
| FIBERIGHT, LLC | ) | LICENSE |
| HAMPDEN, PENOBSCOT COUNTY, MAINE | ) | |
| SOLID WASTE PROCESSING FACILITY | ) | |
| #S-022458-WK-A-N | ) | |
| (APPROVAL WITH CONDITIONS) | ) | NEW LICENSE |

6.  At least 30 days prior to commencing pre-commissioning operations of the proposed processing facility, the MRC and Fiberight shall submit to the Department for review and approval adequate evidence of the technical abilities for personnel who will be responsible for operations of the proposed processing facility.

7.  At least 30 days prior to conveying bio-methane into the natural gas pipe, the MRC and Fiberight shall submit to the Department confirmation of pipe upgrades and testing and the finalized agreement with Bangor Natural Gas.

8.  At least 14 days prior to commencing construction of the proposed processing facility, the MRC and Fiberight shall submit the acoustical bat survey of the utility corridor and a timber management plan to maintain deer winter shelter areas.

9.  Within 30 days of receipt, the MRC and Fiberight shall submit the Bangor WWTP Industrial User Permit and letter approving the operation of a wastewater pre-treatment system, if necessary, and within 60 days prior to construction of the proposed processing facility, the MRC and Fiberight shall submit, for Department review and approval, the final design for the on-site wastewater storage tanks.

10. At least 60 days prior to commencing full-scale operations, an updated operations manual which incorporates Department comments from an April 28, 2016 memorandum and process or equipment changes resulting from pre-commissioning, commissioning, start-up and ramp-up activities shall be submitted to the Department for review and approval.

11. As part of the Annual Report, the MRC and Fiberight shall report any requests from joining member communities to initiate new, or significantly and materially expand existing, organic diversion programs and the disposition of such requests, inclusive of the reasons for each determination. The MRC and Fiberight shall not unreasonably withhold approval to initiate new, or significantly and materially expand existing, organic diversion programs and make reasonable efforts to replace, if needed, the quantity of removed organics with other acceptable waste.

12. The MRC and Fiberight shall submit monthly reports to the Department listing the tonnage of MSW Bridge Capacity utilized, if any is needed, and an updated schedule outlining the measures needed to reach Commercial Operation until such time as Commercial Operation is achieved.

| MUNICIPAL REVIEW COMMITTEE, INC. AND | 32 | SOLID WASTE |
|---|---|---|
| FIBERIGHT, LLC | ) | LICENSE |
| HAMPDEN, PENOBSCOT COUNTY, MAINE | ) | |
| SOLID WASTE PROCESSING FACILITY | ) | |
| #S-022458-WK-A-N | ) | |
| (APPROVAL WITH CONDITIONS) | ) | NEW LICENSE |

16. The MRC and Fiberight have adequately addressed the waste characterization requirements of 06-096 C.M.R. ch. 405, § 6(C) in their operations manual.

17. The MRC and Fiberight have adequately addressed solid waste management consistent with the State's Solid Waste Management Hierarchy pursuant to 38 M.R.S. § 2101; provided that, the MRC and Fiberight: (1) annually report any requests from joining member communities to initiate new, or significantly and materially expand existing, organic diversion programs and the disposition of such requests, inclusive of the reasons for each determination; (2) do not unreasonably withhold approval to initiate new, or significantly and materially expand existing, organic diversion programs and make reasonable efforts to replace, if needed, the quantity of removed organics with other acceptable waste; and (3) submit monthly reports to the Department listing the tonnage of MSW Bridge Capacity utilized, if any is needed, and an updated schedule outlining the measures needed to reach Commercial Operation until such time as Commercial Operation is achieved.

THEREFORE, the Department APPROVES the noted application of the Municipal Review Committee and Fiberight, LLC SUBJECT TO THE FOLLOWING CONDITIONS and all applicable standards and regulations:

1. The applicable Standard Conditions of Approval, a copy attached as Appendix A.

2. The invalidity or unenforceability of any provision, or part thereof, of this license shall not affect the remainder of the provision or any other provisions. This license shall be construed and enforced in all respects as if such invalid or unenforceable provision or part thereof had been omitted.

3. At least 30 days prior to commencing construction of the access road and associated utility corridor and at least 60 days prior to commencing construction of the proposed processing facility, the MRC and Fiberight shall submit a complete set of construction-ready plans and documents for each component of the proposed project to the Department for review and approval.

4. Within 30 days after the closure of sale and/or the execution of the long-term lease agreement(s) has occurred, the MRC and Fiberight shall submit a copy of the deed(s) or executed long-term lease agreement(s) for the properties purchased and/or leased for the development of the proposed project.

5. Within 30 days of receipt and prior to beginning construction of the proposed processing facility, the MRC and Fiberight shall submit to the Department for review and approval the finalized financial documents to fund design, construction, operation, maintenance and closure of the proposed processing facility.

MUNICIPAL REVIEW COMMITTEE, INC. AND
FIBERIGHT, LLC
HAMPDEN, PENOBSCOT COUNTY, MAINE
SOLID WASTE PROCESSING FACILITY
#S-022458-WK-A-N
(APPROVAL WITH CONDITIONS)

31   SOLID WASTE
)    LICENSE
)
)
)
)    NEW LICENSE

9.   The proposed processing facility will be constructed on soils suitable for the proposed use and will not cause unreasonable sedimentation or erosion of soil. The MRC and Fiberight have adequately addressed erosion and sediment control for the proposed project, and have demonstrated that the proposed project will be carried out in conformance with the approved erosion and sediment control plan, the construction contract documents, and the Maine Erosion and Sediment Control Field Guide for Contractors, March 2015 or its equivalent.

10.  The proposed processing facility will not have an unreasonable adverse effect on surface water quality and will not unreasonably cause or increase flooding on the proposed facility site or on adjacent properties nor create an unreasonable flood hazard to any structure.

11.  The proposed processing facility will not have an unreasonable adverse effect on existing uses or scenic character and will not result in increased noise.

12.  The MRC and Fiberight have provided for adequate utilities and will have no unreasonable adverse effect on existing or proposed utilities in the municipality or area served by utilities; provided that: (1) the MRC and Fiberight submit copies of the Bangor WWTP Industrial User Permit and letter approving the operation of a wastewater pre-treatment system, if necessary, to the Department within 30 days of receipt and (2) the MRC and Fiberight submit, for review and approval, the final design for the on-site wastewater storage tanks at least 60 days prior to construction of the proposed processing facility.

13.  The proposed processing facility will not pose an unreasonable threat to the quality of a significant sand and gravel aquifer and will not result in unreasonable adverse effects on groundwater.

14.  The MRC and Fiberight have submitted adequate information regarding the proposed processing facility and process design; provided that, confirmation of natural gas pipe upgrades and testing and the finalized agreement with Bangor Natural Gas is provided to the Department at least 30 days prior to conveying bio-methane into the pipe.

15.  The MRC and Fiberight have submitted an operations manual that addresses the operating requirements of 06-096 C.M.R. ch. 409, § 4; provided that, an updated operations manual is prepared and submitted at least 60 days prior to full-scale operations to incorporate Department comments from an April 28, 2016 memorandum and process or equipment changes resulting from pre-commissioning, commissioning, start-up and ramp-up activities.

MUNICIPAL REVIEW COMMITTEE, INC. AND )   SOLID WASTE
FIBERIGHT, LLC                       )   LICENSE
HAMPDEN, PENOBSCOT COUNTY, MAINE     )
SOLID WASTE PROCESSING FACILITY      )
#S-022458-WK-A-N                     )
(APPROVAL WITH CONDITIONS)           )   NEW LICENSE

plans and documents for the proposed processing facility at least 60 days prior to commencing construction.

2.  The MRC and Fiberight have provided adequate evidence of title, right or interest in the properties for the proposed project site; provided that, the MRC and Fiberight submit a copy of the deed(s) or executed long-term lease agreement(s) for the properties purchased and/or leased for the development of the proposed project within 30 days after the closure of sale and/or execution of the executed long-term lease agreement(s).

3.  The MRC and Fiberight have complied with all of the public notice requirements of 06-096 C.M.R. ch. 2.

4.  The MRC and Fiberight have provided adequate evidence of financial capacity to design, construct, operate, maintain and close the proposed processing facility in a manner consistent with state environmental regulations; provided that, the MRC and Fiberight submit for review and approval, within 30 days of receipt and prior to beginning construction of the processing facility, exclusive of the access road that is funded solely by the MRC, finalized financial documents to fund design, construction, operation, maintenance and closure of the proposed processing facility.

5.  The MRC and Fiberight, and their retained consultants, have provided adequate evidence of technical ability to design, construct, operate, maintain and close the proposed processing facility in a manner consistent with state environmental regulations; provided that, the MRC and Fiberight submit to the Department for review and approval adequate evidence of the technical abilities for any additional personnel who will be responsible for operations at least 30 days prior to commencing pre-commissioning operations of the proposed processing facility.

6.  The MRC and Fiberight have made adequate provisions for safe and uncongested traffic movement of all types into, out of, and within the proposed project area.

7.  The MRC and Fiberight have made adequate provisions for fitting the development harmoniously into the existing natural environment; provided that, the MRC and Fiberight: (1) submit the results of the acoustical bat survey to be completed within the utility corridor; and (2) develop a timber management plan that details the management actions necessary to maintain deer winter shelter areas. The acoustical bat survey and timber management plan will be submitted at least 14 days prior to commencing construction of the proposed processing facility

8.  There will be no unreasonable adverse effects on air quality and/or climate due to the proposed project.

MUNICIPAL REVIEW COMMITTEE, INC. AND     29     SOLID WASTE
FIBERIGHT, LLC     )     LICENSE
HAMPDEN, PENOBSCOT COUNTY, MAINE     )
SOLID WASTE PROCESSING FACILITY     )
#S-022458-WK-A-N     )
(APPROVAL WITH CONDITIONS)     )     NEW LICENSE

F.     Waste Processing: The MRC and Fiberight have calculated that between 70% and 80% by weight of all incoming MSW will be recycled and processed at the proposed processing facility. As part of each year's annual report, the MRC and Fiberight will need to demonstrate that all wastes accepted at the proposed processing facility have been recycled or processed into fuel for combustion to the maximum extent practicable, but in no case at a rate of less than 50%.

G.     Land Disposal: The MRC and Fiberight noted that the availability of secure landfill disposal capacity is an integral part of the development of an integrated system for solid waste management in accordance with the hierarchy of management methods described above. The MRC and Fiberight estimate that between 20% and 30% by weight of all incoming waste will result in process residue that will require landfilling. The process residue includes bulky waste, textiles, DAF system residues and combined boiler ash. In addition, landfill disposal capacity will also be necessary for scheduled and unexpected shutdowns of the processing facility. As described in FOF #15 above, the MRC and Fiberight have entered into a Solid Waste Disposal Agreement with the Waste Management Disposal Services of Maine Crossroads Landfill in Norridgewock, Maine, to accept MSW Bridge Capacity waste, solid waste process residue, and MSW bypass waste for disposal.

The Department finds that the MRC and Fiberight have adequately addressed solid waste management consistent with the State's Solid Waste Management Hierarchy pursuant to 38 M.R.S. § 2101; provided that, the MRC and Fiberight: (1) annually report any requests from joining member communities to initiate new, or significantly and materially expand existing, organic diversion programs and the disposition of such requests, inclusive of the reasons for each determination; (2) do not unreasonably withhold approval to initiate new, or significantly and materially expand existing, organic diversion programs and make reasonable efforts to replace, if needed, the quantity of removed organics with other acceptable waste; and (3) submit monthly reports to the Department listing the tonnage of MSW Bridge Capacity utilized, if any is needed, and an updated schedule outlining the measures needed to reach Commercial Operation until such time as Commercial Operation is achieved.

BASED on the above Findings of Fact, and subject to the Conditions listed below, the Department makes the following CONCLUSIONS:

1.     The MRC and Fiberight have planned for site design; provided that, the MRC and Fiberight submit, for Department review and approval, a complete set of construction-ready plans and documents for the proposed access road and associated utility corridor at least 30 days prior to commencing construction and a complete set of construction-ready

| MUNICIPAL REVIEW COMMITTEE, INC. AND | 28 | SOLID WASTE |
|---|---|---|
| FIBERIGHT, LLC | ) | LICENSE |
| HAMPDEN, PENOBSCOT COUNTY, MAINE | ) | |
| SOLID WASTE PROCESSING FACILITY | ) | |
| #S-022458-WK-A-N | ) | |
| (APPROVAL WITH CONDITIONS) | ) | NEW LICENSE |

curbside collection programs, and drop-off programs, often in connection with the operation of transfer stations and other facilities. The measures described above to support waste reduction and reuse programs will also serve to support the incorporation of local recycling. Recyclables that are not captured at the local level will subsequently be captured at the proposed processing facility. The proposed processing facility will serve to remove recyclables currently not being removed from the waste stream and will convert remaining organics into renewable products. To that end, the MRC's and Fiberight's planned system is expected to divert additional materials from the waste stream and will overall reduce the volume of MSW residues requiring land disposal. This is the first of two step increases in materials management offered by the Fiberight system compared to the existing system that strengthens conformity to the waste management hierarchy. Capturing recyclables on a regional level at a central processing facility increases the quantity of recyclable materials collected, processed and marketed and provides a new level of recycling service beyond that of existing local level programs.

E.   Composting/Organics Management:   Composting and other methods of processing biodegradable materials are currently being accomplished on the local level through backyard, local and/or regional composting or anaerobic digestion programs. Despite the success of a significant number of local organics composting and diversion programs, the quantities of organics remaining in the waste stream remains a significant fraction of the waste stream. This large fraction of the incoming MSW waste stream will be converted into renewable fuel products and/or biogas. This additional recycling of organics represents a second step increase in improved conformity with the waste management hierarchy compared to the existing system. Due to the proposed processing facility's expected capability to convert biodegradable waste into high value fuel products, the MRC and Fiberight are expecting some local programs may voluntarily select to transition their organics management activities to the proposed processing facility. The MWSA, described in FOF #15 above, contains provisions prohibiting, without the prior consent of Fiberight, joining member communities from initiating new or significantly and materially expanding existing programs to divert organic components from the MSW generated within its borders that otherwise would have been delivered to the proposed processing facility. The Department notes that Fiberight should annually report any such requests from joining member communities and the disposition of such requests, inclusive of the reasons for each determination. The Department further notes that Fiberight should not unreasonably withhold approval of these requests and should make reasonable efforts to replace, if needed, the quantity of removed organics with other acceptable waste.

| MUNICIPAL REVIEW COMMITTEE, INC. AND | 27 | SOLID WASTE |
|---|---|---|
| FIBERIGHT, LLC | ) | LICENSE |
| HAMPDEN, PENOBSCOT COUNTY, MAINE | ) | |
| SOLID WASTE PROCESSING FACILITY | ) | |
| #S-022458-WK-A-N | ) | |
| (APPROVAL WITH CONDITIONS) | ) | NEW LICENSE |

laboratory. After the initial characterization period, the MRC and Fiberight anticipate being able to store the waste roll-offs indoors.

The Department finds that the MRC and Fiberight have adequately addressed the waste characterization requirements of 06-096 C.M.R. ch. 405, § 6(C) in Section E of its draft operations manual submitted with the Application.

20. SOLID WASTE MANAGEMENT HIERARCHY

A. <u>General:</u> *Solid Waste Management Hierarchy*, 38 M.R.S. § 2101 establishes that it is the policy of the State to "plan for and implement an integrated approach to solid waste management" through an order of priority that places waste reduction, reuse, recycling, composting, and processing before land disposal as a "guiding principle in making decisions relating to solid waste management". Further, 06-096 C.M.R. ch. 409, § 2(C) requires the recycling or processing of all waste accepted at the facility to the maximum extent practicable, but in no case at a rate less than 50%.

B. Reduction: The MRC and Fiberight have supported and will continue to support the existence and incorporation of programs to encourage waste reduction at the source. MRC and Fiberight have demonstrated support for further waste reduction, reuse and recycling through the establishment of an express right, in the municipal contracts for MSW delivery to Fiberight, for municipalities to have the option to expand existing or future programs intending to encourage further reduction, reuse and recycling of MSW generated within its borders. Waste reduction programs are implemented at the local level by municipalities in order to reduce the quantity of waste being generated that requires municipal collection, transfer, transportation and disposal costs. The MRC and Fiberight are committed to ensure that any further arrangements supporting the development of the proposed processing facility will avoid business arrangements, such as minimum tonnage delivery guarantees set at levels that are too high or with insufficient flexibility, that might undermine or conflict with municipal efforts to reduce the amount of waste generated within their borders.

C. Reuse: MRC communities currently sponsor programs to encourage waste reuse that are implemented at the local level by municipalities with an emphasis on education, outreach, swap shops, and technical assistance to residents and the incorporation of local waste reuse programs. The MRC and Fiberight are committed to ensuring these existing programs remain in place.

D. Recycling: MRC municipalities currently sponsor a wide variety of local programs to collect, process, and market recyclables through the operation of

| MUNICIPAL REVIEW COMMITTEE, INC. AND | 26 | SOLID WASTE |
|---|---|---|
| FIBERIGHT, LLC | ) | LICENSE |
| HAMPDEN, PENOBSCOT COUNTY, MAINE | ) | |
| SOLID WASTE PROCESSING FACILITY | ) | |
| #S-022458-WK-A-N | ) | |
| (APPROVAL WITH CONDITIONS) | ) | NEW LICENSE |

18.   OPERATIONS MANUAL

The MRC and Fiberight have submitted a draft operations manual for the proposed processing facility. Department staff issued final comments on April 28, 2016 regarding the draft operations manual. CES proposes to finalize the operations manual and provide it as a stand-alone document to the MRC and Fiberight after Department review and approval of the document has been completed.

The Department finds that the MRC and Fiberight have submitted an operations manual that addresses the operating requirements of 06-096 C.M.R. ch. 409, § 4; provided that, an updated operations manual is prepared and submitted for Department review and approval at least 60 days prior to full-scale operations which incorporates Department comments from an April 28, 2016 memorandum and process or equipment changes resulting from pre-commissioning, commissioning, start-up and ramp-up activities.

19.   WASTE CHARACTERIZATION

Waste residues that will require initial and on-going characterization prior to final disposal include biomass boiler ash and miscellaneous process residues resulting from the DAF water treatment system. With respect to the ash characterization, the Department has requested that the MRC and Fiberight evaluate 4 roll-off containers of ash as part of the initial characterization. The MRC and Fiberight will collect composite ash samples for each of the 4 roll-off containers as part of the characterization process. Samples will be collected from the fly ash and bottom ash conveyors at specific intervals while each roll-off is being filled. The MRC and Fiberight expect the turnaround time for the analytical tests will be approximately 7 days. The MRC and Fiberight estimate that it may need to store up to 9, 30-yard roll-off containers during the initial ash characterization phase. Full roll-off containers will be stored within the proposed processing building as space allows. If the number of roll-offs exceeds the proposed processing building's capacity for inside storage, the excess roll-offs will be stored outside on the paved parking lot while waiting for receipt of laboratory analytical results. Roll-off containers that are stored outside while awaiting laboratory analytical results will be tarped to prevent infiltration of rainwater. After the initial characterization period, the MRC and Fiberight anticipate being able to store the ash roll-offs indoors.

With respect to the DAF process residues, during normal operating conditions the MRC and Fiberight expect to generate process residues at a rate of approximately 1 to 2 roll-offs daily. During initial characterization, these residues will be stored in 30-yard roll-off containers inside the proposed processing building as space allows. If the generation rate of the process residues exceeds the ability of the MRC and Fiberight to store the containerized waste indoors, the excess roll-offs will be tarped and stored outside on the paved parking surface until the MRC and Fiberight receive analytical results from the

MUNICIPAL REVIEW COMMITTEE, INC. AND     25    SOLID WASTE
FIBERIGHT, LLC                                 )      LICENSE
HAMPDEN, PENOBSCOT COUNTY, MAINE        )
SOLID WASTE PROCESSING FACILITY           )
#S-022458-WK-A-N                            )
(APPROVAL WITH CONDITIONS)              )      NEW LICENSE

The solids extracted with the belt press, in the form of cake, are routed via conveyor to be disposed of offsite.

E.  <u>Industrial Co-products:</u>  The resultant products generated at the proposed processing facility will include recyclables which will be sold on the open commodities market; PHS which will be used to fuel the on-site biomass boilers; and bio-methane which will be piped to the adjacent Bangor Natural Gas Loring Pipeline.  The resultant residue waste products generated at the processing facility will include materials typically 2 inches or less in size (glass and grit), large bulky items, dissolved air filtration system residues and combined boiler ash.

F.  <u>Process Benchmarks:</u>  The MRC and Fiberight have proposed operational benchmarks in a submittal dated June 2, 2016 that include evaluating the proposed process during pre-commissioning, commissioning, start-up and ramp-up.  The completion of each benchmark stage will be documented with process improvements proposed as necessary.

(1)  The pre-commissioning phase will include verification that systems have been installed in accordance with the applicable specifications, calibration of electrical and instrument controls, equipment alignment and energizing the electrical systems.

(2)  The commissioning phase will include verification that each system can run independently and for increasing time periods.

(3)  The start-up phase includes start-up of all plant systems to ensure that the systems perform in an integrated fashion.  During this phase, initial volumes of MSW will be processed.  Once successfully processed, MSW volumes will be increased in a stepwise fashion.

(4)  The ramp-up stage includes increasing the volumes of MSW to full-scale loading.  This phase is projected to occur for approximately 4 months.

The Department finds that the MRC and Fiberight have submitted adequate information regarding the proposed processing facility and process design; provided that, confirmation of natural gas pipe upgrades and testing and a finalized agreement with Bangor Natural Gas is provided to the Department at least 30 days prior to conveying bio-methane into the pipe.

| MUNICIPAL REVIEW COMMITTEE, INC. AND | 24 | SOLID WASTE |
|---|---|---|
| FIBERIGHT, LLC | ) | LICENSE |
| HAMPDEN, PENOBSCOT COUNTY, MAINE | ) | |
| SOLID WASTE PROCESSING FACILITY | ) | |
| #S-022458-WK-A-N | ) | |
| (APPROVAL WITH CONDITIONS) | ) | NEW LICENSE |

sterilization. The hydrolysis process is carried out within a high viscosity reactor paired with a set of mixing tanks. The pretreated fibers enter the mixing tanks along with water and enzymes, and wetted fibers circulate through the hydrolysis tank where cellulose within the fiber is converted to sugars on a batch basis.

Temperature and pH are controlled to achieve an optimum mixture which is left in the reactor where the low-temperature biological process is completed. Each reactor, pump, heat exchanger and mixing vessel is connected to a CIP system for regular cleaning and sterilization. A filter press is utilized to separate the undigested post hydrolysis solids ("PHS") from the liquid sugar solution. The sugar solution will be fed directly to the anaerobic digester for conversion into biogas.

D. Renewable Energy Production: The renewable energy production stage begins when the high organically loaded liquid is cooled and sent to an anaerobic digestion system. This system uses microorganisms to digest suspended and dissolved solids contained in the water to reduce the chemical oxygen demand of the water. Clean water and a methane-rich biogas are the byproducts of the stage. The clean water is reused in the washing process. The biogas will be used as supplementary fuel for internal energy production via a boiler and/or injected into a natural gas pipeline. Bangor Natural Gas has provided a February 10, 2016 letter stating that a section of pipe between Bangor and Hampden needs to be upgraded and that upgrades including testing will be completed prior to facility start-up.

Process water recovered from the water treatment system is used to dilute solids in the pulp and wash systems to maintain desired moisture content. A portion of the recovered water is sent to the CIP storage tank. The PHS exiting the hydrolysis filter presses, which is essentially spent fiber with a high lignin content, is processed in a specially designed combustion unit. The heat (steam) from the combustion process is recovered and sent to a steam turbine. The exhaust heat from the turbine is then used to provide process heat. The amount of electrical and heat energy generated by the biomass combustion is sufficient to provide the bulk of the energy demand for the proposed processing facility. The proposal to produce fuel grade ethanol is no longer part of the proposed processing facility project.

Plant water management is conducted via a recycling and reuse system. Purge water from the washing system and from the cook filtrate tank are blended together. Any residual fine suspended material is removed using a dissolved air flotation ("DAF") system with the highly organic liquid created sent to the anaerobic digester and the solids exiting the DAF removed using a belt press.

| MUNICIPAL REVIEW COMMITTEE, INC. AND | 23 | SOLID WASTE |
|---|---|---|
| FIBERIGHT, LLC | ) | LICENSE |
| HAMPDEN, PENOBSCOT COUNTY, MAINE | ) | |
| SOLID WASTE PROCESSING FACILITY | ) | |
| #S-022458-WK-A-N | ) | |
| (APPROVAL WITH CONDITIONS) | ) | NEW LICENSE |

The 4 different processing stages are: materials recovery, renewable fuel production, renewable energy production, and industrial co-products. A series of process benchmarks has been established that will be used to evaluate the proposed process during various stages of project implementation as described below.

B. **Materials Recovery Facility (MRF):** The first stage in the process (primary MRF) is to remove large bulky items prior to the MSW being loaded into the primary trommel. Unwanted large bulky items will be removed on the tipping floor and on a pre-sort line and loaded on a trailer and transferred for disposal at a licensed landfill facility. The MSW is then fed to the primary trommel which opens and empties the bags of trash and size separates the material into over 20 inch and 20 inch and under. The 20 inch and under material is then further size separated by a fines screen to 2 inches or less in size which fraction continues through to the fines processing area for further processing. The over 2 inch to 20 inch material is stockpiled and subsequently conveyed to a drum pulper that breaks the organic material down to form a biomass, which facilitates separation of the recyclable materials from organic wastes, and prepares the biomass for further cleaning.

Materials exiting the drum pulper pass across a screen to separate recyclables, such as metals and plastics from the biomass pulp. These recyclable materials are then conveyed to the MRF to be further processed. The remaining biomass pulp is conveyed to a two-stage washing system to remove fine contaminants (mostly plastics) and soluble organic material. The first-stage wash removes soluble organic material and pumps high chemical oxygen demand wastewater to a pre-acidification tank prior to entering the high-rate anaerobic digester for biogas production. The second-stage wash dilutes the remaining material, where filters are used to separate out the fine cellulose from the remaining contaminants. The washed cellulose is then pumped into a stock tank. From the stock tank, the cellulose pulp is pumped as slurry into a screw press where it is de-watered to approximately a 50% solids press cake which is then pre-treated prior to being introduced to the hydrolysis system.

C. **Renewable Fuel Production:** The enzymatic hydrolysis stage starts when the dewatered pulp is conveyed to the pretreatment system whereby water and acid is added into a pretreatment mixer so the appropriate solids concentration and pH is obtained. Slurry from the pretreatment mixer is then pumped to the pretreatment reactor. Fiber exiting the pretreatment reactor is pumped to a medium consistency refiner and then to a screw press to be dewatered, and filtrate is returned to the mix tank. Pretreated fiber press cake is conveyed to the hydrolysis system. The pretreatment reactor, pumps, filtrate tank and screw press are connected to a Clean-in-Place ("CIP") system for regular cleaning and

| MUNICIPAL REVIEW COMMITTEE, INC. AND | 22 | SOLID WASTE |
| FIBERIGHT, LLC | ) | LICENSE |
| HAMPDEN, PENOBSCOT COUNTY, MAINE | ) | |
| SOLID WASTE PROCESSING FACILITY | ) | |
| #S-022458-WK-A-N | ) | |
| (APPROVAL WITH CONDITIONS) | ) | NEW LICENSE |

accepted to be determined in consultation with the MRC; and (3) allow the facility to be used to receive acceptable waste, and transfer amounts that are accepted but cannot be processed to the back-up facility, with the specific sources of acceptable waste being accepted to be determined in consultation with the MRC. The Department notes that the MRC and Fiberight need to minimize the amount of time, if any is needed, that MSW Bridge Capacity diversion is utilized, and that monthly reporting to the Department of MSW Bridge Capacity tonnage utilized and an updated schedule outlining the measures needed to reach Commercial Operation is necessary until such time as Commercial Operation is achieved.

The Department finds that the MRC and Fiberight have provided for adequate utilities and will have no unreasonable adverse effect on existing or proposed utilities in the municipality or area served by utilities; provided that: (1) the MRC and Fiberight submit copies of the Bangor WWTP Industrial User Permit and letter approving the operation of a wastewater pre-treatment system, if necessary, to the Department within 30 days of their receipt; (2) the MRC and Fiberight submit, for review and approval, the final design for the on-site wastewater storage tanks at least 60 days prior to construction of the proposed processing facility; and (3) the MRC and Fiberight submit monthly reports to the Department listing the tonnage of MSW Bridge Capacity utilized, if any is needed, and an updated schedule outlining the measures needed to reach Commercial Operation until such time as Commercial Operation is achieved.

16.   GROUNDWATER QUALITY

The proposed project site does not overlie a significant sand and gravel aquifer. The closest mapped aquifer is approximately 4,000 feet to the northwest of the proposed project site. Unprocessed and processed MSW will be stored inside the proposed processing building. Residue materials, bypass waste and biomass boiler ash will be stored in trailers and transported off-site to a licensed, secure landfill for disposal. Recyclable materials will be stored on-site in either 100 cubic yard transport trailers or 40 cubic yard dump trailers. No unprocessed or processed materials will be stored outside on the ground.

The Department finds that the proposed processing facility will not pose an unreasonable threat to the quality of a significant sand and gravel aquifer and will not result in unreasonable adverse effects on groundwater quality.

17.   PROCESS DESIGN

A.   General:   The proposed processing facility consists of 4 different processing stages which will process the MSW received into several different categories.

MUNICIPAL REVIEW COMMITTEE, INC. AND    21    SOLID WASTE
FIBERIGHT, LLC                                )    LICENSE
HAMPDEN, PENOBSCOT COUNTY, MAINE             )
SOLID WASTE PROCESSING FACILITY              )
#S-022458-WK-A-N                             )
(APPROVAL WITH CONDITIONS)                   )    NEW LICENSE

"alternative arrangements such as on-site storage or trucking to alternative sites"
needs to be made during combined sewer overflow conditions.



In a March 30, 2016 Memo, CES assumed the need to provide on-site storage of
300,000 gallons or two times the estimated average daily flow. The MRC and
Fiberight have proposed the installation of a 150,000 gallon aboveground tank
and 100,000 gallon belowground tank and the utilization of 50,000 gallon buffer
storage in an already designed process water storage tank. CES notes that the
tank construction materials are still being evaluated and will be determined during
final design.

Bangor WWTP also requires the user to provide the treatment plant with an
Industrial User Permit Application and a Pretreatment Survey and Disclosure
Form prior to discharging any effluent to their treatment system. Should it be
determined that, for any reason whatsoever, adverse effects are noted or
anticipated at the Bangor WWTP, the user shall be required to pre-treat
wastewater discharge to acceptable levels. If the Pre-Treatment Survey shows
that the proposed processing facility requires a pre-treatment system for its
wastewater, the Bangor WWTP must approve the pre-treatment system prior to
installation.

C.    Solid Waste:  The MRC has entered into a Solid Waste Disposal Agreement,
dated August 15, 2015, with the Waste Management Disposal Services of Maine
Crossroads Landfill in Norridgewock, Maine, to accept "MSW Bridge Capacity"
waste (defined as MSW, brought to the facility between April 1, 2018 and the
start of commercial operations, that cannot be fully processed), solid waste
process residue, and MSW bypass waste for disposal. The MRC and Fiberight
estimate a range between 30,000 to 40,000 tons per year of process residue waste
and biomass boiler ash will require disposal. In addition, for planning purposes
the MRC and Fiberight have made provisions for the disposal of an estimated
37,500 to 50,000 tons per year of MSW bypass waste to address any bypass
events that may be necessary. The Master Waste Supply Agreement (MWSA),
effective date January 1, 2016, between the MRC and Fiberight requires Fiberight
to avoid or minimize bypass events, and only allows bypass events due to Force
Majeure, limits on capacity resulting from an outage, a full tip floor, the need to
avoid nuisance impacts, permit limits, or other factors beyond its reasonable
control. The MWSA specifies procedures for the handling of MSW Bridge
Capacity waste. Specifically, the MWSA requires Fiberight to use commercially
reasonable efforts to (1) advance the occurrence of the Commercial Operation
Date in order to be able to accept and process acceptable waste as soon as
possible; (2) allow the facility to be used to accept and process acceptable waste
to the extent practical, with the specific sources of acceptable waste being

| MUNICIPAL REVIEW COMMITTEE, INC. AND | 20 | SOLID WASTE |
| FIBERIGHT, LLC | ) | LICENSE |
| HAMPDEN, PENOBSCOT COUNTY, MAINE | ) | |
| SOLID WASTE PROCESSING FACILITY | ) | |
| #S-022458-WK-A-N | ) | |
| (APPROVAL WITH CONDITIONS) | ) | NEW LICENSE |

zoned as rural by the Town of Hampden.  There are 2 residential subdivisions located approximately 3,400 feet to the south of, but not abutting, the proposed site.

The noise generated from the routine operation of the proposed processing facility must be less than or equal to 70 A-weighted decibel (dBA) for daytime and 60 dBA for nighttime hours at the facility property boundary.  There are no protected locations within or in the vicinity of the project site's property boundary.  As it relates to this Application, the applicable noises in the thresholds are limited to routine operations of the proposed processing facility.  As a result, all applicable noise generating equipment will be located inside the proposed processing building and at no time will processing activities take place outside.

The Department finds that the proposed project will not have an unreasonable adverse effect on existing uses or scenic character.  The Department also finds that the proposed project will not result in increased noise levels beyond the proposed project site's property boundary.

15.     ADEQUATE PROVISIONS FOR UTILITIES

A.     Water:  The proposed processing facility will be served by the Town of Hampden Water District ("Hampden WD"), which is a municipal water supply and supplies potable water to the surrounding community.  During steady state operation, the proposed processing facility will require an average water demand of 360,000 gallons per day ("gpd") with a peak flowrate of 300 gallons per minute ("gpm").  During maintenance periods, which could occur 3 to 4 times per year, the processing facility will require a maximum water demand of 132,000 gpd with a peak flowrate of 275 gpm, to fill various components in the processing system.  The initial fill of the processing system will require approximately 3,500,000 gallons of water, completed over a 30-day period.  The Hampden WD provided a letter, dated May 13, 2015, which states that it has the capacity and capability to meet the proposed flow requirements.

B.     Wastewater:  The MRC and Fiberight estimate that the processing facility will discharge an average daily flow of 150,000 gallons of domestic and process wastewater into the Town of Hampden's (Hampden) municipal sanitary sewer collection system, which is sent for treatment to the City of Bangor's Wastewater Treatment Plant ("Bangor WWTP").  The Bangor WWTP provided an updated letter, dated February 17, 2016, related to the estimated 150,000 gpd of wastewater to be generated by the proposed processing facility.  Bangor WWTP states that it has capacity, at this time, to accept this additional flow during non-combined sewer overflow conditions.  Further, the Bangor WWTP states that

MUNICIPAL REVIEW COMMITTEE, INC. AND    19    SOLID WASTE
FIBERIGHT, LLC    )    LICENSE
HAMPDEN, PENOBSCOT COUNTY, MAINE    )
SOLID WASTE PROCESSING FACILITY    )
#S-022458-WK-A-N    )
(APPROVAL WITH CONDITIONS)    )    NEW LICENSE

13. **SURFACE WATER QUALITY AND FLOODING**

The proposed project site is not located within a 100-year flood plain and is not located within a direct watershed of a waterbody most at risk from new development. A 25-year, 24-hour storm event was modeled to determine the necessary detention and outlet sizing requirements for the proposed project site. The proposed building site will be located on an undeveloped and mainly wooded parcel of land approximately 90 acres in size in the Town of Hampden. Shaw Brook is classified as an Urban Impaired Stream and is located approximately 3,000 feet to the west of the parcel. Runoff from the site generally drains to a large forested wetland area to the south of the parcel before eventually draining to the Penobscot River. Runoff does not drain to Shaw Brook.

The proposed project will be built over a portion of previously undeveloped land and will add approximately 9.7 acres of developed area to the site. The project area will be treated with a combination of 3 vegetated under-drained soil filters and a roofline drip edge filter. All of these treatment measures discharge toward the south and west ends of the project site before re-joining the pre-development flow paths. The results of the post development analysis for the project site indicate that there is a reduction in runoff from the summation points, and that all of the stormwater treatment measures are sized adequately to handle stormwater runoff from 2, 10 and 25-year storm events. There are no anticipated adverse impacts to the downgradient areas, and as a result the development will have no unreasonable effect on run-on, run-off, and/or infiltration relationships on-site or on adjacent properties.

The Department finds that the proposed processing facility will not have an unreasonable adverse effect on surface water quality and will not unreasonably cause or increase flooding on the proposed facility site or on adjacent properties nor create an unreasonable flood hazard to any structure.

14. **EXISTING USES AND SCENIC CHARACTER**

The proposed building site includes an approximate 90-acre wooded parcel of land established as an industrial zone by the Town of Hampden. The proposed processing facility will be located approximately 0.25 miles from I-95 to the north, 0.8 miles from the Coldbrook Road to the west, 0.7 miles from the Ammo Industrial Park to the east and 1 mile from Route 202 to the south. The project site will be 4 to 5 feet lower than the surrounding grade to the west of the facility. The remainder of the project site is surrounded by a natural wooded buffer to the north, east and south. This buffer will be retained and will provide a visual screen to the north, east and south. There are no airport runways located within 10,000 feet of the existing site, no historic properties, and the existing site is located greater than 2,000 feet from the nearest established public viewing area. A portion of a neighboring property from the southwest to southeast is currently

| MUNICIPAL REVIEW COMMITTEE, INC. AND | 18 | SOLID WASTE |
|---|---|---|
| FIBERIGHT, LLC | ) | LICENSE |
| HAMPDEN, PENOBSCOT COUNTY, MAINE | ) | |
| SOLID WASTE PROCESSING FACILITY | ) | |
| #S-022458-WK-A-N | ) | |
| (APPROVAL WITH CONDITIONS) | ) | NEW LICENSE |

Fugitive dust is not expected to be an issue. All travel ways and parking areas will be paved and no bulk material handling operations will occur outside the proposed processing building. Should fugitive dust emissions occur beyond the property boundary, the processing facility operator will assess the source of the dust and clean the travel ways and, if necessary, spray water to control dust.

The MRC and Fiberight propose to use 2 cooling towers to promote evaporative cooling of waste heat. The MRC and Fiberight have proposed the installation of drift eliminators to minimize any emissions of particulate that may occur. This is not expected to be a sufficient quantity to cause localized fog banks or icing beyond the property boundaries and should not unreasonably alter climate in the area of the processing facility.

The Department finds that there will be no unreasonable adverse effects on air quality and/or climate due to the proposed project.

12.  SOIL SUITABILITY AND EROSION CONTROL

A subsurface investigation was completed by SW Cole to evaluate whether soil bearing capacity is sufficient to support the proposed processing facility and associated outdoor storage components. SW Cole concluded that based on the subsurface findings, the construction of the processing building appears feasible from a geotechnical standpoint. SW Cole provided geotechnical recommendations pertaining to the building's footings and on-grade floor slab and perimeter footings and the need for underdrains near footing grade and adjacent to paved areas. The recommendations have been incorporated into the building design. SW Cole also recommended that a contingency be made for the possible removal of bedrock via drilling or blasting.

The MRC and Fiberight have submitted an Erosion and Sedimentation Control Plan including an inspection and maintenance plan. Any proposed work will be carried out in conformance with the approved erosion and sedimentation control plan, the construction contract documents, and the Maine Erosion and Sediment Control Field Guide for Contractors, March 2015 or its equivalent.

The Department finds that the proposed processing facility will be constructed on soils suitable for the proposed use and will not cause unreasonable sedimentation or erosion of soil. The Department also finds that the MRC and Fiberight have adequately addressed erosion and sediment control for the proposed project, and have demonstrated that the proposed project will be carried out in conformance with the approved erosion and sediment control plan, the construction contract documents, and the Maine Erosion and Sediment Control Field Guide for Contractors, March 2015 or its equivalent.

MUNICIPAL REVIEW COMMITTEE, INC. AND     17     SOLID WASTE
FIBERIGHT, LLC     )     LICENSE
HAMPDEN, PENOBSCOT COUNTY, MAINE     )
SOLID WASTE PROCESSING FACILITY     )
#S-022458-WK-A-N     )
(APPROVAL WITH CONDITIONS)     )     NEW LICENSE

quantity, and the duration, of time that MSW sits on the tipping floor. The tipping floor is designed with storage capacity for 2 days of MSW receipts and 2 days of primary processed material. The MRC and Fiberight will utilize the principle of "First-in-First-Out" operation to the maximum extent possible to minimize the residence time of waste on the tipping floor. The tipping floor and processing portion of the building will be maintained under constant negative pressure by using a multiple hood/intake register air handling system. The air handling system will draw air from inside the building and treat it in either of 2 scrubber systems. One of the scrubbers will be operated at all times when MSW is present on the tipping floor. Both scrubbers will be operated when the high-speed fabric overhead doors used for truck entry or exit are open.

A Start-Up, Shutdown and Malfunction Plan has been developed that includes provisions for odor control during times when processing operations must be limited or suspended to perform equipment maintenance. The MRC and Fiberight have also established an Odor Complaint Response Plan that outlines procedures for odor complaint reporting, should they occur, and subsequent response actions including the use of an odor neutralization agent. As part of the operations of the proposed processing facility, regular odor inspections will be performed. Inspections will include, at a minimum, visual observation of the operations for obvious signs of damage or abnormal conditions within the proposed processing building that will affect collection efficiency of the odor control system and a visual inspection and odor survey around the exterior of the proposed processing facility.

The MRC and Fiberight have stated that during the first month of, and for a total of 6 months during, the first year of operation, a daily inspection and odor survey will be conducted around the proposed processing facility. The daily inspection period will include the summer months when waste odors are expected to be strongest. If operations commence in the winter months and no odor issues are identified during the first month, inspections will be reduced to weekly until the onset of warmer weather. If after 6 months, including summer months, no odor issues are identified then inspections will be reduced to weekly. Inspection results will be submitted to the Department weekly unless an odor incident is noted in which case the Department will be notified within the day. A summary of the odor survey reports will be submitted to the Department with the facility's annual report.

The MRC and Fiberight have submitted an application to the Department for a Minor Source Air License to address potential fugitive emissions from the proposed 2 biomass boilers, other fuel burning equipment and process equipment. The other fuel burning equipment includes a thermal oxidizer and flare. The details of this license can be found in Department License #A-1111-71-A-N, dated July, 2016.

MUNICIPAL REVIEW COMMITTEE, INC. AND )    16    SOLID WASTE
FIBERIGHT, LLC )    LICENSE
HAMPDEN, PENOBSCOT COUNTY, MAINE )
SOLID WASTE PROCESSING FACILITY )
#S-022458-WK-A-N )
(APPROVAL WITH CONDITIONS) )    NEW LICENSE

D.    <u>Unusual Natural Areas</u>:  The Natural Areas Program within the MDIFW did not find evidence of any rare or unique botanical features on, or adjacent to, the proposed project site.  Rare and unique botanical features include the habitat of rare, threatened, or endangered plant species and unique or exemplary natural communities.

E.    <u>Protected Natural Resources</u>:  Natural resource work has been completed at the proposed project site.  The MRC and Fiberight are proposing to impact a total of 105,000 square feet of forested wetland to construct the proposed processing facility, access road, and the utility corridor.  The development of the proposed access road and processing facility building will require alterations to freshwater wetlands, significant wildlife habitat and other protected natural resources. Impacts to protected natural resources will be addressed by obtaining a permit pursuant to *Natural Resources Protection Act*, 38 M.R.S. § 480-A *et seq.*, as required.  The MRC and Fiberight have submitted Natural Resources Protection Act permit applications to both the Department and U.S. Army Corps of Engineers.

In July 2016, the Department issued Department License #L-26497-NJ-A-N and #L-26497-TG-B-N approving the construction of an access road, utility corridor and alterations to freshwater wetlands, significant wildlife habitat and other protected natural resources on the proposed project site.

The Department finds that the proposed project will fit harmoniously into the surrounding environment; provided that, the MRC and Fiberight: (1) submit the results of the acoustical bat survey to be completed within the utility corridor; and (2) develop a timber management plan that details the management actions necessary to maintain deer winter shelter areas.  The Department further finds that at least 14 days prior to commencing construction of the proposed processing facility, the MRC and Fiberight must submit the acoustical bat survey to be completed within the utility corridor and a timber management plan to maintain deer winter shelter areas.

11.    AIR QUALITY

The proposed project site is buffered by existing forested areas and is approximately 3,400 feet away from the nearest existing residential building.  The proposed processing facility is designed with multiple systems and procedures to minimize the generation of, and provide control of, objectionable and nuisance odors at any occupied building.  All unloading of MSW will occur inside the proposed processing facility building.  In order to minimize the number of waste delivery trucks in the parking lot at one time, the tipping floor is designed to accommodate 1 transfer trailer and 3 packer trucks simultaneously.  The primary operational control for nuisance odors is minimizing the

MUNICIPAL REVIEW COMMITTEE, INC.

Date: 12/14/2016          By _____Sophia Lugior_____

                          Its  TREASURER


USA ENERGY GROUP, LLC

Date:                     By _____

                          Its _____


PERC HOLDINGS, LLC

Date:                     By _____

                          Its _____


PENOBSCOT ENERGY RECOVERY
COMPANY, LP

Date:                     By _____

                          Its _____

MUNICIPAL REVIEW COMMITTEE, INC.

Date:                          By _____
                                  Its _____

USA ENERGY GROUP, LLC

Date: Dec. 8, 2016            By _____
                                  Its _President_____

PERC HOLDINGS, LLC

Date:                          By _____
                                  Its _____

PENOBSCOT ENERGY RECOVERY
COMPANY, LP

Date: Dec. 8, 2016            By _____
                                  Its _President_____

{00105151.1}                              5