Jay Parker Lunt Dresser,
Penobscot County Sheriffs
Office
85 Hammond Street
Bangor, Maine 04401



USMS ME

United States District Court
156 Federal Street
#329
Portland, Maine 04101
To: Magistrate Judge

Receipt Confirmation Requested

