# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **JAY PARKER LUNT DRESSER,** ET AL., <br><br> PLAINTIFFS <br><br> v. <br><br> **MUNICIPAL REVIEW COMMITTEE, INC.,** ET AL., <br><br> DEFENDANTS | CIVIL NO. 1:18-CV-172-DBH |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On August 8, 2018, the United States Magistrate Judge filed with the court, with a copy to the plaintiff, his Recommended Decision Upon Screening Plaintiff's Complaint Pursuant to 28 U.S.C. § 1915A. The Magistrate Judge notified the plaintiff that failure to object would waive his right to *de novo* review and appeal. The time within which to file an objection expired on August 22, 2018, and no objection has been filed.

Materials from the plaintiff were docketed on August 10, 2018, after the Recommended Decision was docketed on August 8. The envelope containing those materials from the plaintiff in the county jail, however, shows a postmark of August 7 (ECF No. 16). Therefore, the materials are not a response or objection to the Recommended Decision. I did read them regardless and, to the extent they are legible and comprehensible (in large part they are illegible and

incomprehensible), they do not furnish any ground for rejecting the Recommended Decision.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. After a review pursuant to 28 U.S.C. § 1915(e)(2), the plaintiff's Complaint is **DISMISSED**.

**SO ORDERED.**

**DATED THIS 10TH DAY OF SEPTEMBER, 2018**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**